*E. G. Baxter,* for *Defendant in Error.*

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment aforesaid, and briefs and arguments of counsel for the respective parties, and the record having been seen and inspected, and the court being now advised of its judgment to be given in the premises, it seems to the court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby, affirmed.

All concur.

E. F. BEALL, *Plaintiff in Error,* v. E. E. CONE, *Defendant in Error.*

Decision Filed April 19, 1922.

Petition for Rehearing Denied June 5, 1922.

A Writ of Error to the Circuit Court for DeSoto County; George W. Whitehurst, Judge.

*W. D. Bell,* for Plaintiff in Error.

*Leitner & Leitner,* for Defendant in Error.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment aforesaid, and briefs and arguments of coun-

sel for the respective parties, and the record having been seen and inspected, and the court being now advised of its judgment to be given in the premises, it seems to the court that there is no error in the said judgment, it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby affirmed.

All concur.

———

TAMPA ELECTRIC COMPANY, A CORPORATION, *Plaintiff in Error*, v. EDWARD F. LIMPUS, *Defendant in Error*.

Opinion Filed April 19, 1922.

Petition for Rehearing Denied May 19, 1922.

In an action to recover damages to an automobile caused by collision with a street car, where the evidence clearly shows that negligence of the plaintiff's employee in operating the automobile contributed to the injury, and the judgment against the defendant is for full damages, a remittitur will be permitted as an alternative for a reversal.

A Writ of Error to the Circuit Court for Hillsborough County; F. M. Robles, Judge.

Judgment affirmed if remittitur is entered.

*Knight, Thompson & Turner*, for *Plaintiff in Error;*

*N. B. K. Pettingill* and *M. B. Macfarlane*, for Defendant in Error.